IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE JACQUEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-1199-CV-W-FJG ) |
| CHIEF JAMES CORWIN, et al., | ) ) |
| Defendants. | ) |

# ORDER

Currently pending before the Court is plaintiff's Motion for Leave to Add Additional Parties (Doc. # 22). Plaintiff states that at the outset of the litigation, the name of the officer involved in the incident was not yet known to plaintiff. Therefore, plaintiff named only Officer John Doe in the pleadings. Additionally, plaintiff states that the Board of Police Commissioners has recently undergone a turnover in membership. Plaintiff states that she wishes to add Officer Dustin Spainhower, Commissioners Brady and Wilson and Officer Spainhower's chain of command as it will become known through discovery. For good cause shown and with no opposition indicated, plaintiffs' Motion is hereby **GRANTED** (Doc. # 22)**.** Plaintiff shall file the First Amended Complaint within five (5) days of the date of this Order.

Date: May 9, 2006　　　　　　　　　　　　**S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri　　　　　　　　　　Fernando J. Gaitan Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge